■ SCHOOL OF MUSIC OF THE BROOKLYN FREE MUSICAL SOCIETY, INC., Respondent, v. FRED G. MORITT et al., Copartners Doing Business as MORITT & EISENSTEIN, Appellants.— Motion by respondent to dismiss appeal from order of the Supreme Court, Kings County, dated December 28, 1954. Motion withdrawn, pursuant to stipulation of the parties, dated December 30, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ BARBARA A. SESSA, an Infant, by Her Guardian ad Litem, SALVATORE SESSA, JR., et al., Respondents, v. RALPH ZINNO, Appellant.— Motion by defendant Zinno for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ YETTA STOLZENBERG, Appellant, v. EDWIN F. WANAMAKER, Respondent.— Motion by respondent to dismiss appeal denied. Cross motion by appellant to appeal as a poor person, granted. The appeal will be heard on a typewritten record and on appellant's typewritten brief. Appellant is directed to file one copy of the typewritten record and six copies of her typewritten brief and to serve one copy of each on respondent. Robert H. Freilich, Esq., having consented to serve without compensation, is hereby assigned as counsel for appellant to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ MARY I. STONE, Appellant, v. METROPOLITAN LIFE INSURANCE CO., Defendant, and OLIVE WEINSTEIN et al., Respondents.— Motion by appellant to stay a preclusion order, pending her appeal therefrom, granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ ZARA CONTRACTING CO., INC., Respondent, v. LONG ISLAND LIGHTING COMPANY et al., Defendants, and NEW YORK TELEPHONE COMPANY, Appellant. — Motion by appellant to dispense with the printing of the record and briefs on a prior appeal in this court, such record and briefs being part of the record on the order presently appealed from. Motion granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ ALEXANDER BAUMSTEIN, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— In an action for the return of a sum of money deposited by plaintiff with defendant as collateral security, plaintiff appeals from an order of the Supreme Court, Nassau County, dated August 5, 1959, denying his motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ HOWARD BORTER, Appellant, v. MARGARETVILLE HOSPITAL et al., Respondents.— In an action to recover damages for malpractice, plaintiff appeals from an order of the Supreme Court, Kings County, dated November 10, 1960, granting a motion by the defendant hospital, in which the individual defendants joined, to change the place of trial of the action from Kings County to Delaware County. Order affirmed, with $10 costs and disbursements to the defendant hospital and $10 costs and disbursements to the two individual defendants. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ FREDERICK W. BROOKS, an Infant, by His Guardian ad Litem, ROSEMARY SMIT, et al., Respondents, v. BERNARD TIERNAN et al., Appellants.— In an action to recover damages for personal injuries, medical expenses and loss of services, the defendants appeal from an order of the Supreme Court, Suffolk County, dated June 28, 1960, granting plaintiffs' motion for summary judgment, striking out the answer and ordering an assessment of damages (Rules Civ. Prac., rule 113). Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, issues are presented which should be resolved upon a trial. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.